O'NEILL, J., dissents for the reasons stated in his dissenting opinion in *State v. Wogenstahl*, 134 Ohio St.3d 1437, 2013-Ohio-164, 981 N.E.2d 900.

**2012–2097.   In re A.G.**
Ottawa App. No. OT–11–003, 2012-Ohio-5109. This cause is pending before the court as an appeal from the Court of Appeals for Ottawa County.

It is ordered by the court, sua sponte, that appellees shall file a response to appellant's renewed motion for stay of the trial court's decision and judgment entry, no later than Thursday, June 6, 2013.

**2013–0614.   State v. Auerswald.**
Medina App. No. 11CA0053-M, 2013-Ohio-742. This cause is pending before the court as a jurisdictional appeal.

Upon consideration of appellant's motion to strike the state of Ohio's memorandum in response to jurisdiction, it is ordered by the court that the motion is denied.

# CASE ANNOUNCEMENTS
*June 5, 2013*

[Cite as *06/05/2013 Case Announcements*, 2013-Ohio-2285.]

## MERIT DECISIONS WITHOUT OPINIONS

**2010–0302.   State v. Jackson.**
Trumbull App. No. 2008T0077. Upon consideration of the jurisdictional memoranda filed in this case, the court accepts the appeal on Proposition of Law No. I. This court's judgment of December 31, 2008, dismissing case No. 2008–1610 was not a judgment on the merits. Accordingly, appellant's first